IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>   Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>   Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VIDEOTAPED DEPOSITION OF PAUL HOWARD

PLEASE TAKE NOTICE that the undersigned will take the deposition of Paul Howard upon oral examination commencing on October 8, 2021, at 10 a.m. at 920 Dannon View, SW, Suite 3202, Atlanta. The deposition will be taken before an officer authorized by law to administer oaths and will be recorded by stenographic and sound-and-visual means. The oral examination will continue from day to day until complete, adjourned, or continued.

*[Signature on following page.]*

1

Respectfully submitted the 5th day of October, 2021.

                                    **BARRETT & FARAHANY**

                                    s/ *Matthew C. Billips*
                                    Matthew C. Billips
                                    Georgia Bar No. 057110
                                    Grace A. Starling
                                    Georgia Bar No. 464958

                                    *Attorneys for Jasmine Younge*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
matt@justiceatwork.com
grace@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>   Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>   Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed *Notice of Deposition of Paul Howard* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul Henefield
pah@aps-law.com

Noah Green
ng@aps-law.com

Respectfully submitted the 5th day of October, 2021.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110