IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE YOUNGE,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA,<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF INTENT TO SERVE SUBPOENAS

Plaintiff Jasmine Younge, by and through her undersigned attorney and pursuant to Fed. R. Civ. P. 45, hereby gives notice of her intent to serve a *Subpoena to Testify at a Deposition in a Civil* on Tisa Grimes and on Lynne Nelson. A copy of each has been sent via electronic mail to Defendant's counsel of record.

1

Respectfully submitted the 20th day of October, 2021.

**BARRETT & FARAHANY**

s/ *Grace A. Starling*
Matthew C. Billips
Georgia Bar No. 057110
Grace A. Starling
Georgia Bar No. 464958

*Attorneys for Jasmine Younge*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
matt@justiceatwork.com
grace@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE YOUNGE,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA,<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed *Notice of Intent to Serve Subpoenas* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul Henefield
pah@aps-law.com

Noah Green
ng@aps-law.com

3

Respectfully submitted this 20th day of October, 2021.

**BARRETT & FARAHANY**

s/ *Grace A. Starling*
Grace A. Starling
Georgia Bar No. 464958