IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DR. JASMINE YOUNGE, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. |
| | § | 1:20-cv-00684-WMR-CMS |
| v. | § § | |
| FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA, | § § § § § | |
| *Defendants*. | § § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **Defendant's Subpoenas for Production of Documents to Kennesaw State University and the National Association for the Advancement of Colored People**, was this day served on all counsel of record, using electronic mail delivered to the address(es) counsel has placed on record with the Court.

This 11th day of November, 2021.

                                            HENEFELD & GREEN, P.C.
                                            /s/ Noah Green
                                            Noah Green (Georgia Bar No. 468138)

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com