IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE, | § |
| | § |
| *Plaintiff*, | §   CIVIL ACTION NO. |
| | §   1:20-cv-00684-WMR-CMS |
| v. | § |
| | § |
| FULTON JUDICIAL CIRCUIT | § |
| DISTRICT ATTORNEY'S OFFICE, | § |
| GEORGIA, | § |
| | § |
| *Defendants*. | § |
| | § |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Fulton Judicial Circuit District Attorney's Office ("DA's Office" or "Defendant") hereby moves the Court to grant summary judgment on all of Plaintiff Jasmine Younge's claims. This motion is based upon the pleadings, court papers, declarations, depositions, and exhibits attached hereto, all of which are included in this filing with the Court.

As set forth more fully in Defendant's Brief in Support of its Motion for Summary Judgment and Statement of Undisputed Material Facts, there is no dispute as to any genuine issue of material fact, and the DA's Office is entitled to judgment as a matter of law on Plaintiff's claims.

Respectfully submitted this 13th day of May, 2022.

                                        HENEFELD & GREEN, P.C.

                                        /s/ Noah Green
                                        Noah Green
                                        Georgia Bar No. 468138
                                        *Attorney for Defendant*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com