# STATEMENT OF MATERIAL FACTS
## (TO BE FILED)