# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE, § § *Plaintiff,* § § v. § § FULTON JUDICIAL CIRCUIT § DISTRICT ATTORNEY'S OFFICE, § GEORGIA, § § *Defendants.* § § | CIVIL ACTION NO. 1:20-cv-00684-WMR-CMS |

## APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

A) Declaration of Paul Howard Jr.

B) Declaration of Lydia Toomer

C) Electronic Recording made July 15, 2019

D) Notice of Pregnancy Letter

E) Defendant's Amended Initial Disclosures

This 13th day of May, 2022.

                                                HENEFELD & GREEN, P.C.

                                                /s/ Noah Green
                                                Noah Green
                                                Georgia Bar No. 468138

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 13-point Century