# EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DR. JASMINE YOUNGE,            §
                               §
    *Plaintiff*,              §        CIVIL ACTION NO.
                               §        1:20-cv-00684-WMR-CMS
v.                             §
                               §
FULTON JUDICIAL CIRCUIT        §
DISTRICT ATTORNEY'S OFFICE,    §
GEORGIA,                       §
                               §
    *Defendants*.            §
                               §

## DECLARATION OF PAUL HOWARD JR.

1.

I am Paul Howard Jr. and am competent to make this Declaration. I am making this Declaration for use as evidence and specifically in support of Defendant's Motion for Summary Judgment. I have personal knowledge of all facts set forth in this Declaration.

2.

As the district attorney, Georgia law gave me sole and absolute authority to appoint individuals to my personal staff. Georgia law also permitted me to terminate members of my personal staff at-will.

3.

Since the Director of Policy and Programs and Deputy Chief of Staff was at the top of the chain of command at the DA's Office, I personally interviewed candidates for the position. After interviewing Plaintiff, she was offered the job.

4.

Plaintiff's salary was set at $120,282.00. The reason the DA's Office could pay Plaintiff such a high salary, was through funding available for members of my personal staff. In order to get the funding, I had to request the funding from Fulton County and sign an Oath that Plaintiff was being hired only for my personal staff and that she would be directly supervised and personally accountable only to me.

5.

Because of Plaintiff's job duties and her interaction with my constituents, such as the public, community leaders, and dignitaries, Plaintiff represented the DA in the

community more than any other member of my personal staff. This was also true because Plaintiff played a leading role in every program, policy, or meeting that involved the public.

6.

At any given time, Plaintiff supervised 15-20 policies or projects on behalf of the district attorney.

7.

Because Plaintiff represented me in the eyes of the community, I was very involved with her work because I knew that my voters would judge me based on the job Plaintiff did implementing our Office's policies and projects.

8.

I set the agenda for which projects and programs the DA's Office would work on, and, on her first day, I provided Plaintiff with a list of the most pressing projects and policies that I wanted her to work on.

9.

Plaintiff's salary of $120,282.00, made her the second or third highest paid person at the DA's Office, behind only me.

10.

In my 26 years as district attorney, I had never had a highly ranked staff member have so many complaints from co-workers as Plaintiff did. It was very concerning to me that so many complaints had been made when Plaintiff had been with the DA's Office for less than two months.

11.

It was also very concerning to me that it was staff who had been with the DA's Office for many years who were making the complaints about Plaintiff's behavior.

12.

The final straw that convinced me that Plaintiff was not a good fit for her position, happened at the end of June 2019. Plaintiff did not know that I witnessed the incident. An attorney on my major crimes unit who was about to start a major trial, came to my office to discuss the case. The attorney, Lauren Trevis, was stopped by Plaintiff and, in response to Trevis' request to see me, she was

told "in a very loud and rude voice, 'that ain't happening.'" When I witnessed this event, I was shocked and upset. It also gave credence to some of the complaints I had been told about. [Howard Dep. 128:23 – 130:06, 143:05 -21].

13.

In late June 2019, after I witnessed the incident with Lauren Trevis, Lynne Nelson and I discussed the complaints made about Plaintiff, the issues with Plaintiff's performance, and the behavior issues. I decided during that discussion that Plaintiff could not continue in her role. [Nelson's Dep. 29:25 – 30:08, 39:19 – 40:06, 42:21 – 43:04; Ex. A ¶ 13; Ex. A-6.; Howard's Dep. 23:04-21, 136:14 – 137:07].

14.

The discussion and the decision to terminate Plaintiff happened <u>before</u> I was told anything about a pregnancy. [Nelson's Dep. 29:25 – 30:08, 39:19 – 40:06, 42:21 – 43:04; Ex. A ¶ 13; Ex. A-6.; Howard's Dep. 23:04-21, 136:14 – 137:07].

15.

I was not notified that Plaintiff had made any complaints about pregnancy discrimination until well after she was terminated.

16.

As the former District Attorney for the Fulton Judicial Circuit, I can attest that the documents attached to my Declaration are a true and accurate copy, that documents of this type are routinely made and kept in the usual course of business, that each was made at or near the time of the event it records, and that I had knowledge of the events described within and that I reported such knowledge in the regular course of business. The exhibits are as follows: (1) the job description created for the Director of Policy and Programs and Deputy Chief of Staff; (2) a schedule of the interviews that were held for the Director of Policy and Programs and Deputy Chief of Staff position; (3) the Offer of Employment letter that was given to Plaintiff; (4) the Oath for Elected Officials to Hire Personal Staff signed by Paul Howard; (5) a list of programs and policies that Plaintiff was given and told to focus on during her first day at work; (6) emails discussing several complaints that were told to Lynne Nelson in June 2019.

(signature on following page)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __5th___ day of __April_____ , 2022.


_____
Paul Howard, Jr.

EXHIBIT "A-1"

)



## Fulton County, Georgia
### Classification Specification

# DEPUTY CHIEF OF STAFF, DISTRICT ATTORNEY

## Purpose of Classification:

The purpose of this classification is to plan, organize, and manage activities of the administrative division of the Office of the District Attorney. Responsibilities include; overseeing budgeting, personnel, customer service, planning, facilities, risk management, and operations; overseeing and providing executive- level support; and coordinating special projects. This single-incumbent classification is not part of a series.

The Deputy Chief of Staff is critical to ensuring the operational efficiency and effectiveness of the District Attorney's Office in policy implementation and development, management and oversight of bureaus, strategic communications, and responsive constituent services.

## Essential Functions:

*The following duties are normal for this position. The omission of specific statements of the duties does not exclude them from the classification if the work is similar, related, or a logical assignment for this classification. Other duties may be required and assigned.*

Principal writer of Criminal Justice and Crime Prevention policies and programs for the District Attorney's Office.

Develops, implements and administrators Criminal Justice and Crime Prevention programs for the District Attorney's Office.

Supervises approximately thirty (30) employees in (7) seven various departments including but not limited to Grants Division, Accountability Courts, Community Prosecution, Research Analyst Department, Records Restriction Department, Gang Unit, and Community Court.

Collects specific Criminal Justice data at the direction of the District Attorney.

Works closely with the District Attorney on a daily basis.

Organizes, prioritizes, and assigns work; prioritizes and schedules work activities in order to meet objectives; ensures that subordinates have the proper resources needed to complete the assigned work; monitors status of work in progress and inspects completed work; consults with assigned staff to assist with complex/problem situations and provide technical expertise; provides progress and activity reports to management; and assists with the revision of procedure manuals as appropriate.

Oversees and participates in the development and monitoring of strategic plans: organizes and coordinates strategic planning efforts; plans strategic planning sessions; assists supervisors with establishing goals, objectives, and strategies; and monitors outcomes.

Provides guidance and support for development and implementation of new initiatives and programs: coordinates with program/initiative leader; anticipates challenges and troubleshoots problems; brings in appropriate outside entities; assists with writing, presentations, and budgeting for new initiatives and programs; and monitors progress and outcomes.

Assists with, budget development for the office; analyzes budget needs and changes; prepares budget proposals and reports;

)

assist with the annual budget presentation; prepares documents and proposals for financing new projects, grants, or foundations; and prepares requests for emergency funding. Serves as a liaison for the office to external projects and committees as assigned; attends and participates in meetings; gathers and disseminates relevant information to staff.

Processes a variety of documentation associated with department/division operations, within designated timeframes and per established procedures: receives and reviews various documentation, including fuel reports, accident reports, grants reports and budget reports; reviews, completes, processes, forwards or retains as appropriate; prepares or completes various forms, reports, correspondence, and other documentation, including statistical analyses, budget reports, and letters from the District Attorney; compiles data for further processing or for use in preparation of department reports; and maintains computerized and/or hardcopy records.

Operates or uses various equipment and supplies in order to complete work assignments: operates a personal computer to enter, retrieve, review or modify data, utilizing word processing, spreadsheet, database, presentation, Internet, e-mail, or other software; and operates general office or other equipment as necessary to complete essential functions.

Communicates with supervisor, other employees, third party service contractors, the public, and other individuals as needed to coordinate work activities, review status of work, exchange information, or resolve problems.

## Additional Functions:

Gathers a wide range of criminal justice related-data from local and national sources and conduct effective and exhaustive research.

Analyzes and evaluates data or information to identify issues, trends and solutions.

Drafts written reports, findings, conclusions, summaries and other documents reflecting criminal justice-related subjects as Requested by the District Attorney.

Identifies and acquires knowledge specific to assigned projects (i.e., has the motivation and brain power to "go deep" and become an expert on topics central to projects' needs and goals, get up to speed quickly, engage in depth with questions of policy and political strategy with a readiness to move swiftly, prepare and deliver informative and well-organized presentations, and make recommendations for action).

Develops and monitors short/long term plans and to organize and manage a diverse range of assignments and projects with high efficiency, yet thorough attention to detail and follow through.

Collects, reviews, distills, uses and communicates data to guide decision- making and planning.

Prepares and presents oral and written presentations including technical and analytical reports;

Demonstrates leadership with an ability to handle uncertainty, think creatively, embrace new approaches, and pioneer innovative solutions to intricate problems.

Excellent organizational skills.

Manages several high profile projects at the same time.

Self-starter and quick learner with the pursuit of justice seeking an opportunity in the legal field.

## Minimum Qualifications:

Master's Degree in business, political science, public administration, organizational development, finance, criminal justice or a related field required including lead or supervisory experience; or any equivalent combination of education, training, and experience which provides the requisite knowledge, skills, and abilities for this job.

)

**Specific License or Certification Required:** Must possess and maintain a valid Georgia driver's license.

**Specific Knowledge, Skills, or Abilities**: Must be able to demonstrate proficiency in performance of the essential functions and learn, comprehend, and apply all county or departmental policies, practices, and procedures necessary to function effectively in the position.

# Performance Aptitudes:

**Data Utilization**: Requires the ability to coordinate, manage, and/or correlate data. Includes exercising judgment in determining time, place and/or sequence of operations, referencing data analyses to determine necessity for revision of organizational components, and in the formulation of operational strategy.

**Human Interaction**: Requires the ability to function in a managerial capacity for a division or organizational unit; includes the ability to make decisions on procedural and technical levels.

**Equipment, Machinery, Tools, and Materials Utilization**: Requires the ability to operate, maneuver and/or control the actions of equipment, machinery, tools, and/or materials used in performing essential functions.

**Verbal Aptitude:** Requires the ability to utilize a wide variety of reference, descriptive, and/or advisory data and information.

**Mathematical Aptitude**: Requires the ability to perform addition, subtraction, multiplication and division; ability to calculate decimals and percentages; may include ability to perform mathematical operations with fractions; may include ability to compute discount, interest, and ratios; may include ability to calculate surface areas, volumes, weights, and measures.

**Functional Reasoning**: Requires the ability to apply principles of influence systems, such as motivation, incentive, and leadership, and to exercise independent judgment to apply facts and principles for developing approaches and techniques to resolve problems.

**Situational Reasoning**: Requires the ability to exercise judgment, decisiveness and creativity in situations involving broader aspects of organizational programs and operations, moderately unstable situations, or the direction, control and planning of an entire program or set of programs.

# ADA Compliance:

**Physical Ability**: Tasks require the ability to exert light physical effort in sedentary to light work, but which may involve some lifting, carrying, pushing and/or pulling of objects and materials of light weight (5-10 pounds). Tasks may involve extended periods of time at a keyboard or work station.

**Sensory Requirements**: Some tasks require the ability to perceive and discriminate colors or shades of colors, sounds, and visual cues or signals. Some tasks require the ability to communicate orally.

**Environmental Factors**: Essential functions are regularly performed without exposure to adverse environmental conditions.

*Fulton County is an Equal Opportunity Employer. In compliance with the Americans with Disabilities Act, the County will provide reasonable accommodations to qualified individuals with disabilities and encourages both prospective and current employees to discuss potential accommodations with the employer.*

# FULTON COUNTY DISTRICT ATTORNEY'S OFFICE

## Director of Criminal Justice
## Policy & Programs

The Office of the Fulton County District Attorney is seeking highly skilled Executive, Administrator or Attorney to serve as the Director of Criminal Justice Policy and Programs. Exceptional writing skills are critical in this position. The position also requires excellent research, data collection, program management and employee supervisory skills.

The Policy/Program Director serves as the principal writer of Criminal Justice, crime prevention, budgetary and general office programs for the District Attorney.

The Director serves as an indispensable member of the District Attorney's Executive Staff. The Director will supervise (7) seven departments Grants Division, Accountability Courts, Community Prosecution, Research Analyst Department, Records Restriction Department, Gang Unit, and Community Court.

**Duties:**

*The following duties are normal for this position. The omission of specific statements of the duties does not exclude them from the classification if the work is similar, related, or a logical assignment for this classification. Other duties may be required and assigned.*

- Principal writer of Criminal Justice and Crime Prevention policies and programs for the District Attorney's Office.

- Develops, implements and administrators Criminal Justice and Crime Prevention programs for the District Attorney's Office.

- Supervises approximately thirty (30) employees in (7) seven various departments including but not limited to Grants Division, Accountability Courts, Community Prosecution, Research Analyst Department, Records Restriction Department, Gang Unit, and Community Court.

- Collects specific Criminal Justice data at the directiom of the District Attorney.

- Works closely with the District Attorney on a daily basis.

**Additional Functions:**
Performs other related duties as required.

## Minimum Qualifications:

Master's Degree in business, public administration, organizational development, finance, criminal justice or a related field required (JD Degree preferred) including lead or supervisory experience; or any equivalent combination of education, training, and experience which provides the requisite knowledge, skills, and abilities for this job.

**<u>Specific License or Certification Required</u>:** Must possess and maintain a valid Georgia driver's license.

# FULTON COUNTY DISTRICT ATTORNEY'S OFFICE

**Specific Knowledge, Essential Skills, or Abilities**: Must be able to demonstrate proficiency in performance of the essential functions and learn, comprehend, and apply all county or departmental policies, practices, and procedures necessary to function effectively in the position. Requires knowledge of federal, state, and local criminal laws; policies and procedures governing Fulton County Superior Court, and methods and techniques related to area of assignment.

**Additional Knowledge, Essential Skills, or Abilities:**

- Gathers a wide range of criminal justice related-data from local and national sources and conduct effective and exhaustive research.

- Analyzes and evaluates data or information to identify issues, trends and solutions.

- Drafts written reports, findings, conclusions, summaries and other documents reflecting criminal justice-related subjects as requested by the District Attorney.

- Identifies and acquires knowledge specific to assigned projects (i.e., has the motivation and brain power to "go deep" and become an expert on topics central to projects' needs and goals, get up to speed quickly, engage in depth with questions of policy and political strategy with a readiness to move swiftly, prepare and deliver informative and well-organized presentations, and make recommendations for action).

- Develops and monitors short/long term plans and to organize and manage a diverse range of assignments and projects with high efficiency, yet thorough attention to detail and follow through.

- Collects, reviews, distills, uses and communicates data to guide decision- making and planning.

- Prepares and presents oral and written presentations including technical and analytical reports;

- Demonstrates leadership with an ability to handle uncertainty, think creatively, embrace new approaches, and pioneer innovative solutions to intricate problems.

- Excellent organizational skills.

- Manages several high profile projects at the same time.

- Self-starter and quick learner with the pursuit of justice seeking an opportunity in the legal field.

**Salary: $125,000.00**

# EXHIBIT "A-2"

### Fulton County District Attorney's Office
### Interview Schedule for Director of Policy & Programs

**Interview Panel:** Paul Howard, Jr., & Lauren McAuley

**Dates:** April 4, 2019

**Location:** Mr. Paul Howard, Jr. Office

| Candidate's Name | Position Applying For | Interview Time |
|---|---|---|
| Brandon Long | Director of Policy & Programs | 1:00 pm |
| Kevin Ofchus | Director of Policy & Programs | 1:45 pm |
| Jasmine Younge | Director of Policy & Programs | 2:15 pm |



Job Description & Pay Info Attached

EXHIBIT "A-3"

## OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY

**Atlanta Judicial Circuit**
136 Pryor Street, SW, 3rd Floor
Atlanta, Georgia 30303-3477

PAUL L. HOWARD, JR.
District Attorney

April 23, 2019



FULTON COUNTY

(404) 613-4984
(404) 893-2769 Fax

Jasmine Younge
3325 Wooded Glen Ct. SE
Smyrna, GA  30082

RE: Employment Offer

Dear Ms. Younge,

This letter is to formally offer you a position as a Deputy Chief of Staff in the Fulton County District Attorney's Office at a salary of $120,282.00. Should you accept our offer, you will be assigned to the Policy Division under the supervision of the District Attorney, Paul Howard, Jr. This offer is contingent upon the approval of the Fulton County Personnel Department and Finance Department and completion of a background investigation for hiring by this office. Your date to report to work is scheduled for Wednesday, May 01, 2019.

I am requesting that you commit your service to this office for a minimum period of three (3) years. Please do not construe this three (3) year commitment request or any matters associated with your proposed employment as an employment contract or as a guaranteed period of employment. Your appointment and employment remain subject to the pleasure and discretion of the District Attorney.

Please contact me immediately with your reply.  Come and join us in our fight to make our community a safer place to live.

Sincerely,

Paul L. Howard, Jr.
District Attorney

PLH/tg

EXHIBIT "A-4"



FULTON
COUNTY

**OFFICIAL OATH**
**IN SUPPORT OF HIRING PERSONAL STAFF**
HR 324-16

I, _Paul L. Howard, Jr_ _District Attorney_, do solemnly swear that I have reviewed the definition of "personal staff" contained in the Fulton County Personnel Policies and Procedures and that I intend to (circle one) hire or increase the compensation of _Jasmine Younge_ as a _Deputy Chief of Staff_ to be a member of my personal staff. The salary I authorize for the referenced change is $120,282.00. My request should be effective, 12028 _May 1, 2019_. I affirm that I have conferred with the Finance department and they have verified that funding is available within my budget.

I further swear that I have reviewed the minimum qualifications contained in the classification specification for _Deputy Chief of Staff_ and that _Jasmine Younge_ meets those minimum qualifications.

Executed this _19_ day of _April_ 2019.

_Paul L. Howard, Jr_
(Printed Name of Affiant)

_[signature]_
(Signature of Affiant)

Sworn to and subscribed before me this _19_ day of _April_, 2019.

_[signature]_

Signature and Title of Office
Authorized by Law to Administer Oaths

My Commission Expires:
Edwina Sellan
Notary Public
DeKalb County, Georgia
My Commission Expires 01/04/2023

| | Recurring | | One-Time |
|---|---|---|---|
| Funding Line _____ | | | |
| | | | |
| Budget Analyst Approval | | | Date |

**OFFICIAL OATH**

| Position No.: |
| --- |
| _____ |

**IN SUPPORT OF HIRING PERSONAL STAFF**

I, Paul L. Howard, Jr., District Attorney, do solemnly swear that I have reviewed the definition of "personal staff" contained in the Fulton County Personnel Policies and Procedures and that I intend to hire <u>Jasmine Younge</u> as an <u>Deputy, Chief of Staff</u> to be a member of my personal staff.

I further swear that I have reviewed the minimum qualifications contained in the classification for <u>Deputy, Chief of Staff</u> and that <u>Jasmine younge</u> meets those minimum qualifications.

Executed this 18th day of <u>April 2019.</u>

<u>Paul L. Howard, Jr.</u>

(Printed Name of Affiant)

_____

(Signature of Affiant)

Sworn to and subscribed before me this

19 day of <u>April</u>, 20 19.

_____

Signature and Title of Office
Authorized by Law to Administer Oaths

Edwaa Sellan
Notary Public
DeKalb County, Georgia
My Commission Expires 01/04/2023

My Commission Expires: _____

EXHIBIT "A-5"

DUTIES, FUNCTIONS, PROGRAMS, PROJECTS

POLICY AND PROGRAM DIRECTOR

MAY 6, 2019

1. NATIONAL BLACK PROSECUTORS CONFERENCE JULY 21,2019  *ATLANTA - OMNI HOTEL*
   A. I WANT TO SPONSOR ELECTED DA'S DINNER  *35+ DAS*
   B. PLACE SPONSORS
2. JUVENILE 3 ARREST PROJECT (WAS DANIELLE WHO JUST RESIGNED) * *need to meet w/ Danielle*
   A. STAFFING - *5 million set aside for staffing*
   B. AFTERCARE
   C. MENTORING MINISTERS MEETING  - *Wednesday*      *2 programs ∠*
3. CONGRESSIONAL INVESTIGATION OF U.S. MARSHALS - *TRYING TO GET LETTER TO JOHN LEWIS*
4. NATION WIDE POLICE BODY WORN CAMERAS - *NEED POLICY*
5. ABATEMENT AGREEMENT WITH ATLANTA HOUSING DEPARTMENT, <u>OPERATION FRESH START</u>
6. ABATEMENT 730 DILL AVENUE, FULTON INDUSTRIAL BOULEVARD, <u>PROCTOR STREET</u>
7. ABATEMENT SOUTH FULTON - *almost 700 incidents - need to seize houses [w/ Gang Unit]*
8. ABATEMENT-CLOSING ALL ZONE 1 CRACK HOUSES *(2)* - *FILE PETITIONS / C&D ORDERS @ the same time*
9. GILBERT AND OTHERS PRESS CONFERENCE, FLYERS, BILLBOARDS
10. GANG PREVENTION FUNDING MEETING - *CHECK W/ BRYAN and LYNN*   *GET THE REPORT TO VALIDATE WHAT'S ACCURATE OR INACCURATE*
11. CAWAC AFTER CARE - *need to put together a proposal*       *[AMY FERGUSON]*
12. CAWAC TRAINING
13. CAWAC SEX TRAFFICKING MEET ATLANTA PUBLIC SCHOOL SYSTEM - *SUPERINTENDENT WANTS TO MEET W/ DA*  * *CHECK W/ CITY OFFICIAL*
14. PREPARE MONTHLY REPORTS - *COLLECT DATA*
15. COLLECT DATA IN ALL APPROPRIATE AREAS.

16. Project Level Up

17. Victims Event (Child murder)

18. Chairwoman Bollinger Bill - Restriction

19. Junior DA Program

20. Vin Etching

YOUNGE00202

EXHIBIT "A-6"

**Grimes, Tisa**

| | |
|---|---|
| **From:** | Nelson, Lynne |
| **Sent:** | Wednesday, August 14, 2019 7:59 AM |
| **To:** | Grimes, Tisa |
| **Cc:** | Nwokocha, Cynthia B. |
| **Subject:** | FW: Jasmine Younge |

Another

---

**From:** Nwokocha, Cynthia B.
**Sent:** Tuesday, August 13, 2019 6:56 PM
**To:** Nelson, Lynne
**Subject:** Jasmine Younge

On Tuesday June 18th 2019, I assigned Investigator Hunter and John to transport administrators to Ebenezer Baptist Church to view the area for an expungement event that was taken place on July 20th of 2019. Investigator John was driving Jasmine and Tiffany to the Church, when they arrived Tiffany ask them to return in an hour for pick up. The Investigators decided to pick up a sandwich while waiting, once Tiffany called for them to return about 15 min after drop off not an hour they started back to pick them up. They actually had to wait about 5 min on their lunch and it took about 10 min to get back to the church. Once Jasmine and Tiffany got into the vehicle, Jasmine started to say "we would like to have lunch too". "if this was Chief or Mr. Howard you would have been back on time". "Do you know who I am" also asking Investigator John what was his name. Inv. John was very apologetic and continued to say that he was sorry for being late.

The next day, Investigators was coming to me asking if I heard about what Jasmine said to Inv. John. I was not aware so I went to Inv. John to ask him what happened, and he stated the above. I was waiting on a meeting with Mr. Howard on the 3rd floor and Jasmine came into the conference room and stated to her "if you have a problem with an Investigator, please come to me. Jasmine started to defend what happened, I was only letting her know do not beat up on the Investigators come to me if there is a problem. Jasmine got loud and so did I, so I made my way out of the room and back to my office.

On another occasion, we were in a meeting discussing the job titles for employees, Mr. Howard was asking questions and also telling everyone what he thought on how this should be. Jasmine did not agree, threw her face away and pretended she was not listening or interested in what the District Attorney had to say. This was very embarrassing to the staff that was in the meeting about 5 employees and the District Attorney. I could not believe this, I have never in my 23 years at the District Attorney's Office witness an employee be so disrespectful to their boss Paul Howard. Mr. Howard did not say anything in the meeting or after the meeting.

Cynthia Nwokocha
Chief of Investigations
Fulton County District Attorney's Office
136 Pryor Street, 3rd floor
Atlanta, Georgia 30303
404 612-7733 office

**Grimes, Tisa**

| | |
|---|---|
| **From:** | Black, Bryan |
| **Sent:** | Tuesday, August 13, 2019 11:55 AM |
| **To:** | Nelson, Lynne |
| **Cc:** | Grimes, Tisa |
| **Subject:** | RE: Need your Jasmine statements today by noon |

I was in a meeting with Dr. Jasmine Younge, District Attorney Howard, and Craig Ferguson from Greater Works Social Services. During the meeting Dr. Younge abruptly left the room.

**From:** Nelson, Lynne
**Sent:** Tuesday, August 13, 2019 9:25 AM
**To:** Nwokocha, Cynthia B.; Black, Bryan; Toomer., Lydia
**Cc:** Grimes, Tisa
**Subject:** Need your Jasmine statements today by noon

Thanks!

**Lynne Moore Nelson, Esq.**  |    Chief of Staff
Office of the Fulton County District Attorney
136 Pryor Street SW
Atlanta, GA 30303-3477
Direct Dial (404) 613-0195    |    Email:  lynne.nelson@fultoncountyga.gov

Please NOTE - this email and any files transmitted with it are confidential and intended solely for the named addressee. If you are not the named addressee, you should not disseminate, distribute, copy or alter this email. Any views or opinions presented in this email are solely those of the author and are not necessarily those of Fulton County Government.



1