# EXHIBIT "C"

Electronic Recording Filed Manually