# EXHIBIT "D"

# OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY

**Atlanta Judicial Circuit**
136 Pryor Street, SW, 3rd Floor
Atlanta, Georgia 30303-3477

**PAUL L. HOWARD, JR.**
District Attorney



(404) 730-4981
(404) 730-5478 Fax

July 1, 2019

Paul L. Howard, Jr.
Fulton County District Attorney
136 Pryor Street, SW, 3rd Floor
Atlanta, Georgia 30303

Dear Mr. Howard,

As Director of Policy & Programs/ Deputy Chief of Staff, I recently attempted on 3 occasions to provide you with sensitive information relevant to my physical state within the Office of the Fulton County District Attorney; however, I have not been granted the opportunity to execute such. Therefore, I am writing this letter to serve as notification of sharing such sensitive information with you. As you may have noticed over the past month, I've had three medical appointments, all requiring extended time and bloodwork. This is due to confirmation (provided end of May via my physician) that I am expecting a child, and the pregnancy has been categorized as **high-risk**.

I would appreciate your support as my supervisor with understanding and compassion for my current physical state and the survival of my unborn child.

Regards,

Jasmine Younge, Ph.D.