IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DR. JASMINE YOUNGE,

    Plaintiff,

v.

FULTON JUDICIAL CIRCUIT
DISTRICT ATTORNEY'S
OFFICE, GEORGIA

    Defendant.

Civil Action No.

1:20-cv-00684-WMR-CMS

JURY TRIAL DEMANDED

## MOTION TO STRIKE AND SUBSTITUTE EXHIBIT 1 TO PLAINTIFF'S SUMMARY JUDGMENT RESPONSE

COMES NOW, Plaintiff Dr. Jasmine Younge ("Plaintiff"), by and through the undersigned counsel, and hereby moves to strike [Doc. 109-2] (i.e. Exhibit 1 to Plaintiff's Summary Judgment Response – the Declaration of Jasmine Younge) and substitute it with that attached version of the same Declaration that is filed herewith. In support thereof, Plaintiff states as follows:

1.    On June 10, 2022, Plaintiff filed her Response to Defendant's Motion for Summary Judgment. [Doc. 109]. This filing included [Doc. 109-2], which should have been the Declaration of Jasmine Younge (Exhibit 1 to Plaintiff's Summary Judgment Response).

2.      On June 13, 2022, Plaintiff's undersigned counsel received a notification from the Quality Control department of this Court's Clerk's Office, notifying him that [Doc. 109-2] was filed as a blank document. The email instructed, "If the attachment is incorrect, you must file a Motion to Strike, and refile this document with the correct PDF attached."

3.      It appears there was a technical issue with the PDF Plaintiff's counsel had of the Declaration of Jasmine Younge and how that PDF interacted with the Court's CM/ECF system. In order to correct that technical issue, Plaintiff's counsel has printed and re-scanned the Declaration.

4.      Per the Clerk's instructions, Plaintiff respectfully moves the Court to strike [Doc. 109-2] and substitute it with the version of the Declaration filed herewith.

5.      The corrected version of the Declaration is filed herewith as an attachment. Its number in this Docket is expected to be [Doc. 111-2].

6.      A Proposed Order is attached hereto for the Court's convenience.

[**SIGNATURE ON NEXT PAGE**]

Respectfully submitted this 13th day of June, 2022.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110
Grace A. Starling
Georgia Bar No. 464958

*Attorneys for Jasmine Younge*

P.O. Box 530092
Atlanta, GA 30353
matt@justiceatwork.com
grace@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Motion to Strike and Substitute Exhibit 1 to Plaintiff's Summary Judgment Response* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 13th day of June, 2022.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110
Grace A. Starling
Georgia Bar No. 464958

4