IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>  Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>  Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## ORDER

Having considered Plaintiff's Motion to Exceed Page Limitations On Response to Statement of Material Facts/Statement of Additional Facts [Doc. 112], and finding that said motion is based on good cause, it is HEREBY ORDERED that the motion is GRANTED and Plaintiff is allowed an additional six (6) pages for the combined Plaintiff's Response to Defendant's Statement of Material Facts/Statement of Additional Facts.

SO ORDERED this 16th day of June, 2022.

_____
THE HONORABLE CATHERINE M. SALINAS
U.S. MAGISTRATE COURT JUDGE