

July 19, 2022

The Honorable William M. Ray, II
The Honorable Catherine M. Salinas
ATTN: Courtroom Deputy Clerk
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

RE:   *Jasmine Younge v. Fulton Judicial Circuit District Attorney's Office, Georgia*
        United States District Court for the Northern District of Georgia
        Civil Action No. 1:20-cv-00684-WMR-CMS

Dear Clerk:

Pursuant to Local Rule 83.1E(3), please consider this letter my request for leave and that the above-referenced case not be calendared during the following time period:

**September 2-19, 2022 (family vacation)**

The purpose of the requested Leave of Absence is outlined above and therefore, I will not be available for any proceedings.  By e-filing this letter, I have notified all counsel of record of my correspondence with the Court.  Should there be any questions, please contact me at (470) 284-7265.

Respectfully submitted,

/s/ Matthew C. Billips
Matthew C. Billips
Georgia Bar No. 057110

MCB/dlh

cc:    All counsel of record (via CM/ECF)

**Carrier Mail and Packages:** 1175 Northmeadow Pkwy #140
MSC: 530092, Roswell, GA 30076
**Regular Mail:** P.O. Box 530092
Atlanta, GA 30353-0092

**Offices in GA and AL**
Main GA: (404) 214-0120 | Main AL: (205) 564-9005
Fax: (404) 214-0125 | Referrals: (404) 487-0912
www.JusticeAtWork.com