IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF CONSENT TO WITHDRAW
AS COUNSEL FOR PLAINTIFF DR. JASMINE YOUNGE**

COMES NOW Grace A. Starling and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent to withdraw as counsel for Plaintiff Dr. Jasmine Younge in this action.

The law firm of Barrett & Farahany will continue to represent the Plaintiff in this action, and attorney Matthew C. Billips will serve as lead counsel.

As evidenced by her signature below, the Plaintiff consents to the requested withdrawal.

1

Respectfully submitted the 23rd day of September, 2022.

s/ *Grace A. Starling*  
Grace A. Starling  
Georgia Bar No. 464958

CONSENTED TO:

| | |
|---|---|
| [signature] | 09/21/2022 |
| Plaintiff Dr. Jasmine Younge | Date |

s/ *Matthew C. Billips*                 *September 23, 2022*
Matthew C. Billips                        Date
Georgia Bar No. 057110
BARRETT & FARAHANY
P.O. Box 530092
Atlanta, GA 30353
(404) 214-0120
matt@justiceatwork.com

2