IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br>    Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT<br>DISTRICT ATTORNEY'S OFFICE,<br>GEORGIA,[1]<br>    Defendant. | CIVIL ACTION NO.<br>1:20-cv-684-WMR-CMS |

# ORDER

Pursuant to this Court's Local Rules, counsel for all private parties must file a certificate of interested persons at the time of first appearance. LR 3.3, NDGa. Insofar as Plaintiff Jasmine Younge has not filed a certificate of interested persons, Plaintiff is **ORDERED** to do so by **Friday, October 7, 2022**. Failure to file a certificate of interested persons by the stated deadline may result in a

---

[1] On March 10, 2021, Judge William M. Ray, II entered an Order adopting my Non-Final Report and Recommendation ("R&R"). [Doc. 52]. In doing so, the Court dismissed part of Count One and Counts Three, Four, and Five of Plaintiff's amended complaint. [*Id.* at 9]. Because the only counts alleged against Paul L. Howard, Jr. (i.e., Counts Four and Five) have been dismissed, Howard is due to be terminated as a defendant in the case, which was among my recommendations in the R&R. [Doc. 42 at 12]. I therefore **DIRECT** the Clerk's Office to terminate Howard as a defendant.

recommendation that sanctions be imposed.  *See* LR 41.3, NDGa.; FED. R. CIV. P. 41(b).

**SO ORDERED**, this 4th day of October, 2022.

_____
Catherine M. Salinas
United States Magistrate Judge