IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>　Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>　Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Dr. Jasmine Younge, through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 3.3, NDGa., hereby states that:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　1. *Plaintiff Dr. Jasmine Younge*

　2. *Defendant Fulton Judicial Circuit District Attorney's Office, Georgia*

1

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

*None other than the parties listed in Section 1, supra.*

3.    The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff*:*                               *Amanda A. Farahany*
                                          *Matthew C. Billips*

Defendant:                          *Noah Green*
                                          *Paul Anthony Henefield*

Respectfully submitted the 4th day of October, 2022.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110

P.O. Box 530096
Atlanta, GA 30353
(404) 214-0120
matt@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br><br>   Plaintiff,<br><br>v.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA<br><br>   Defendant. | Civil Action No.<br><br>1:20-cv-00684-WMR-CMS<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Plaintiff's Certificate of Interested Persons* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to to all attorneys of record.

Respectfully submitted the 4th day of October, 2022.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110

3