# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-00684-WMR-CMS
## Younge v. Fulton Judicial Circuit District Attorney's Office, Georgia et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 12/09/2022.

TIME COURT COMMENCED: 2:28 P.M.
TIME COURT CONCLUDED: 3:24 P.M.
TIME IN COURT: 00:56
OFFICE LOCATION: Atlanta
TAPE NUMBER: ZOOM
DEPUTY CLERK: Nicole Jenkins

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Billips representing Jasmine Younge<br>Noah Green representing Fulton Judicial Circuit District Attorney's Office, Georgia |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | [104]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court heard oral argument on Defendant's Motion for Summary Judgment and took the motion under advisement. The Court will issue a Final Report and Recommendation. |