UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. JASMINE YOUNGE,<br>   Plaintiff,<br><br>vs.<br><br>FULTON JUDICIAL CIRCUIT DISTRICT ATTORNEY'S OFFICE, GEORGIA ET AL,<br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00684-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation of Defendants' Motion for Summary Judgment, and the court having adopted the same and GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 30th day of March, 2023.

             KEVIN P. WEIMER
             CLERK OF COURT

           By: _s/ T. Schoolcraft_
              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 30, 2023
Kevin P. Weimer
Clerk of Court

By: _s/ T. Schoolcraft_
   Deputy Clerk